IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 04-10087 MBB |
| | ) | |
| BOUCHARD TRANSPORTATION COMPANY | ) | |
| | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Defendant Bouchard Transportation Company ("BTC" or the "Defendant"), hereby enters

the appearance of Mark A. Walsh, Esq., of the firm of LeBoeuf, Lamb, Greene & MacRae,

L.L.P., in the above-captioned matter.

Respectfully submitted,

BOUCHARD TRANSPORTATION COMPANY

By its attorneys,


Mark A. Walsh (BBO No. 567986)
LeBOEUF, LAMB, GREENE & MacRAE, L.L.P.
260 Franklin Street
Boston, Massachusetts  02110
(617) 748-6800

Dated: April 16, 2004

### Certificate of Service

I, Mark A. Walsh, counsel for Defendant, hereby certify that this day, April 16, 2004, I served a copy of the above pleading by hand on the office of the United States Attorney for the District of Massachusetts.


Mark A. Walsh