IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                            )<br>)<br>BOUCHARD TRANSPORTATION )<br>COMPANY                              )<br>_____) | Cr. No. 04-10087 MBB |

## ASSENTED-TO MOTION TO CONTINUE ARRAIGNMENT
## AND TO SCHEDULE RULE 11(A) HEARING

Defendant Bouchard Transportation Company ("BTC" or the "Defendant"), hereby moves to continue the Arraignment in this matter currently scheduled for April 22, 2004 at 2:15 p.m. and to schedule said Arraignment for May 13, 2004 at 10:00 a.m. BTC further moves that the Court schedule a hearing to be held at the time of the Arraignment pursuant to Federal Rule of Criminal Procedure 11(a) where Defendant may enter its plea pursuant to a Plea Agreement entered into with the United States Attorney for the District of Massachusetts on March 26, 2004.

As grounds for its Motion, Defendant states as follows:

1. Defendant have entered into a Plea Agreement that provides fully for the disposition of this matter;

2. Defendant has already begun to perform its obligations as scheduled under the Plea Agreement and the continuance of the Arraignment will not affect that performance;

3. The interests of judicial economy will be served by scheduling the Arraignment and the Fed. R. Crim. Proc. 11(a) hearing at the same time;

4. Lead counsel for the Defendant are located in New York City and in Hartford, Connecticut and Defendant is located in Melville, Long Island, New York and, therefore, appearance at the Arraignment and the Rule 11(a) Hearing will require travel on the part of several individuals;

5. Defendant's Hartford counsel is unavailable to appear on April 22, 2004 in Boston because he is scheduled for trial in another matter in Texarkana, Arkansas beginning on April 19, 2004 and continuing for a period of at least three weeks;

6. Defendant's New York City counsel is likewise unavailable to appear on April 22, 2004 due to pre-existing professional commitments;

7. The Clerk of Court has advised Defendant that May 13, 2004 at 10:00 a.m. is a convenient time for the Court;

8. The office of the United States Attorney has agreed to the scheduling of the Arraignment and a Rule 11(a) Hearing on May 13, 2004 at 10:00 a.m.; and

9. Allowance of this motion will prejudice neither this Court nor the public interest.

WHEREFORE, Bouchard Transportation Company respectfully requests that this Court continue the Arraignment to May 13, 2004 at 10:00 a.m. and also schedule a Rule 11(a) Hearing for said date and time.

Respectfully submitted,

BOUCHARD TRANSPORTATION COMPANY

By its attorneys,

By _/s/ Mark A. Walsh_
Mark A. Walsh (BBO No. 567986)
LeBOEUF, LAMB, GREENE & MacRAE, L.L.P.
260 Franklin Street
Boston, Massachusetts 02110
(617) 748-6800

Dated: April 16, 2004

### Certificate of Service

I, Mark A. Walsh, counsel for Defendant, hereby certify that this day, April 16, 2004, I served a copy of the above pleading by hand on the office of the United States Attorney for the District of Massachusetts.

_/s/ Mark A. Walsh_
Mark A. Walsh