IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------x
                                                      |
UNITED STATES OF AMERICA                              |
                                                      |
v.                                                    |
                                                      |   CR. No. 04-10087-MBB
BOUCHARD TRANSPORTATION                               |
CORPORATION                                           |
                                                      |
------------------------------------------------------x

## MOTION FOR THE ADMISSION *PRO HAC VICE* OF RONALD W. ZDROJESKI, ESQ. AND THOMAS M. RUSSO, ESQ.

Pursuant to Local Rule 83.5.3, Mark A. Walsh, attorney for the defendant in the above-captioned matter, hereby moves this Court to admit Ronald W. Zdrojeski, Esq., AND Thoms M. Russo, Esq., to practice *pro hac vice* before this Court in the above-referenced matter. As grounds for my Motion, I state as follows:

1. I am counsel for the defendant, Bouchard Transportation Corporation, in the above-referenced matter;

2. I have been admitted to practice before this Court since 1995.

3. There are not now, nor have there ever been, any disciplinary proceedings pending against me as a member of the bar in any of the jurisdictions in which I am admitted to practice.

4. Mr. Zdrojeski has filed a certificate, annexed hereto as Exhibit A, which attests that he has satisfied the requirements of Local Rule 83.5.3.

4. Mr. Russo has filed a certificate, annexed hereto as Exhibit B, which attests that he has satisfied the requirements of Local Rule 83.5.3.

**WHEREFORE,** Mark A. Walsh moves that Ronald W. Zdrojeski, Esq., and Thomas M. Russo, Esq., be admitted to practice *pro hac vice* before this Court in the above-referenced matter.

Respectfully submitted,

_____
Mark A. Walsh (BBO No. 567986)
LEBOEUF, LAMB, GREENE & MACRAE, L.L.P.
260 Franklin Street
Boston, Massachusetts 02110
(617) 748-6853
Attorneys for Bouchard Transportation Corporation

Dated: April 21, 2004

## CERTIFICATE OF SERVICE

I, Mark A. Walsh, hereby certify that on April 21, 2004, a true copy of the foregoing Motion for the Admission *Pro Hac Vice* was served by hand upon the office of the United States Attorney for the District of Massachusetts.

_____
Mark A. Walsh