# BOUCHARD TRANSPORTATION COMPANY
## POWER OF ATTORNEY

Reference is made to that certain Plea Agreement dated as of March 26, 2004 (the "Plea Agreement") entered into by Bouchard Transportation Company ("BTC" or the "Company"), and the Office of the United States Attorney for the District of Massachusetts.

Reference is further made to the Corporate Resolutions dated April 12, 2004 by the Board of Directors of the Company resolving that: (1) the Company is authorized to waive its right to indictment; (2) the Company is authorized to plead guilty to Counts One and Two of the Information filed in this case so long as in doing so it is understood that the Company does not admit to the allegations contained in paragraphs 15 through 19 and paragraphs 23 through 29 of the Information; (3) the Company is authorized to enter into and comply with all provisions of the Plea Agreement; and (4) Morton S. Bouchard, III, President of Bouchard Transportation Company, is authorized to do all such acts and things as in his opinion may be necessary to carry out the intent and the purposes of the aforegoing Corporate Resolutions.

Pursuant to Paragraph 4 of the Plea Agreement, the Company hereby constitutes and appoints Thomas M. Russo, Esq., as its attorney-in-fact and agent to: (1) appear on behalf of the Company at its arraignment; (2) enter the Company's guilty plea; and (3) appear for and represent the Company at sentencing.

the Company grants unto said attorney-in-fact and agent full power and authority to do and perform each and every act and thing requisite and necessary fully to all intents and purposes as the undersigned might or could do in person thereby ratifying and confirming all that said attorney-in-fact and agent may lawfully do or cause to be done by virtue hereof.

IN WITNESS WHEREOF, Bouchard Transportation Company has caused this Power of Attorney to be executed as of the 12 day of May, 2004.

BOUCHARD TRANSPORTATION COMPANY

By: _____
Print name: Morton S. Bouchard, III
Title: President

FILED
In Open Court
USDC, Mass.
Date 5/13/04
         10:00AM
By
Deputy Clerk

STATE OF NEW YORK         )
                          )
COUNTY OF Suffolk         )

On this 12th day of May, 2004, Morton S. Bouchard, III, personally appeared before me, and acknowledged that he executed the foregoing instrument for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires:

VICTOR PAUL CORSO
Notary Public, State of New York
No. 02CO4984194
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires ~~July 15,~~ Nov. 29, 2005