AO 458 (Rev. 10/95) Appearance

# United States District Court

DISTRICT OF Massachusetts



FILED IN CLERKS OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States

v.

Bouchard Transportation Company, Inc.

**APPEARANCE**

CASE NUMBER: 04-CR-10087-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date  5/27/04 | Signature |
| | Jonathan F. Mitchell — BBO#629499 |
| | Print Name — Bar Number |
| | United States Attorney's Office |
| | Address |
| | Boston — MA — 02210 |
| | City — State — Zip Code |
| | (617) 748 - 3274 — (617) 748 - 3960 |
| | Phone Number — Fax Number |

This form was electronically produced by Elite Federal Forms, Inc.