UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-10087-MBB |
| ) | |
| BOUCHARD TRANSPORTATION ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant ) | |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR OBJECTIONS TO THE PRESENTENCE REPORT

The United States Attorney hereby respectfully moves the Court to extend the deadline by which the parties must file objections to the presentence report. As grounds therefore, the government states:

Sentencing in this matter is currently scheduled for September 14, 2004, and objections to the presentence report are due on August 24. Due to a long-planned summer vacation last week, the government has not had an adequate opportunity to review the PSR and, in consultation with defense counsel, to determine whether to lodge any objections to PSR and, if so, on what legal grounds. The government accordingly requests that the Court extend the deadline to respond to the PSR to September 3, 2004. Counsel for the defendant has stated that he does not object to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JONATHAN F. MITCHELL
Assistant U.S. Attorney