BARNEY FRANK
4TH DISTRICT, MASSACHUSETTS

2252 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-2104
(202) 225-5931

29 CRAFTS STREET
SUITE 375
NEWTON, MA 02458
(617) 332-3920

558 PLEASANT STREET
ROOM 309
NEW BEDFORD, MA 02740
(508) 999-6462

THE JONES BUILDING
29 BROADWAY
SUITE 310
TAUNTON, MA 02780
(508) 822-4796

# Congress of the United States
## House of Representatives
### Washington, DC

September 8, 2004

04-10087-MBB

The Honorable Magistrate Judge Marianne Bowler
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Ma 02210

Dear Judge Bowler:

The settlement between the United States Attorney and **Bouchard Transportation Company** in connection with last year's Buzzard Bay oil spill included a seven million dollar fine for violations of the Migratory Bird Treaty Act. By the terms of the settlement agreement, this amount is being dedicated "to carry out approved wetlands conservation projects."

We respectfully write to urge you to allocate these funds for important wetlands conservation projects in and around Buzzards Bay, the area most directly affected by last year's oil spill. The Natural Resources Damages Assessment process will address many of the significant impacts on sensitive Bay estuaries and local wildlife but it is expected to take years to complete.

Thank you for your consideration of this request.

Sincerely,

BARNEY FRANK
Member of Congress

*[signature]*
**Mark C. Montigny**
State Senator
2nd Bristol & Plymouth

*[signature]*
**Joan M. Menard**
State Senator
1st Bristol & Plymouth

*[signature]*
**Marc R. Pacheco**
State Senator
1st Plymouth & Bristol

*[signature]*
**John F. Quinn**
State Representative
9th Bristol District

*[signature]*
**Robert M. Koczera**
State Representative
11th Bristol District

*[signature]*
**Antonio F.D. Cabral**
State Representative
13th Bristol District

*[signature]*
**Mark A. Howland**
State Representative
12th Bristol District

*[signature]*
**William M. Straus**
State Representative
10th Bristol District

*[signature]*
**Michael J. Rodrigues**
State Representative
8th Bristol District

*[signature]*
**Susan Williams Gifford**
State Representative
2nd Plymouth