UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 OCT 22  A 10: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-10087-MBB |
| ) | |
| BOUCHARD TRANSPORTATION ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S ASSENTED-TO STATUS REPORT

The government hereby reports that the parties are prepared to move forward with sentencing in this matter. By way of background, the government states as follows:

1. At the originally-scheduled sentencing hearing in this matter on September 14, the Court expressed concern about whether the plea agreement was legally supported. Specifically, the Court questioned whether, under the so-called Alternative Fine Statute, 18 U.S.C. § 3571(d), the loss associated with Count 2 of the Information, charging Bouchard with violating the Migratory Bird Treaty Act ("MBTA"), could support the $7 million fine that the parties attribute in their plea agreement to that count. The government advocates that the Court direct this fine to wetlands conservation projects in the Buzzards Bay Watershed, the area directly affected by the spill.

2. The Court invited the parties to address this concern either by filing briefs in support of the plea agreement and Information, or, in consultation with the U.S. Probation Office, by amending the Plea Agreement and Information.

3. The government has since had extensive discussions with Probation about the plea agreement and how to calculate loss under the MBTA.

4. Although the government reserves its right to argue that the plea agreement is legally supported in every respect, in an effort to facilitate a resolution, the parties have agreed to amend the

plea agreement and Information in a manner consistent with the Probation Office's view about how loss ought to be calculated under the MBTA.

5. Specifically, the government filed with this Report a Superseding Information in which Count 2 has been amended to reflect the killings of "birds," as opposed to the single "bird" charged in the original Information. The Superseding Information otherwise is materially identical to the original Information. The Probation Office has represented to the parties that the charging of multiple bird deaths in this way would allow the Court to consider as relevant conduct under Count 2 the total loss to the bird population caused by the oil spill.

6. Although the Department of the Interior's assessment of bird-related damages will not be completed in the near future, the government has presented the Probation Office with evidence supporting a loss in excess of $5,000,000. The Probation Office has represented to the government that the evidence is sufficient to support the fine to which the parties agreed in the original plea agreement. The defendant also agrees that the loss to the bird population of Buzzards Bay exceeds $5,000,000.

7. Accordingly, the parties shortly will file a Superseding Plea Agreement that is materially identical to the original agreement.

8. The government requests that the court set a combined change of plea and sentencing hearing on the Superceding Information on Thursday, October 28, 2004, or on a date as soon thereafter as possible.

9.    The defendant does not object to this Report.

                                                                  Respectfully submitted,

Dated: October 22, 2004                 MICHAEL J. SULLIVAN
                                           United States Attorney

                                       By: _____
                                           Jonathan F. Mitchell
                                           Assistant U.S. Attorney

3

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by fax and by mail:

> Ronald J. Zdrojeski, Esq.
> LeBoeuf, Lamb, Greene & McRae, LLP
> 225 Asylum Street, 13th Floor
> Hartford, CT 06103
> (860) 985-3026

This 22th day of October, 2004.

_____
JONATHAN F. MITCHELL
ASSISTANT UNITED STATES ATTORNEY