GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
BARBARA G. CARNEVALE*
DOLORES N. O'LEARY*
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**
DANIEL J. FITZGERALD*†△
JILL A. TAFT
KERRY A. DINNEEN◊

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
△ALSO ADMITTED IN WASHINGTON, D C
*ALSO ADMITTED IN LOUISIANA
◊ALSO ADMITTED IN MASSACHUSETTS

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

March 23, 2006

Our Ref: 107-06/TMR/JJW

**Via Federal Express**
Jonathan Mitchell, Esq.
Assistant United States Attorney
U.S. Department of Justice
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210
(Tel. No: 617 748-3100)

            Re:  U. S. v. Bouchard Transportation Company, Inc.
                 O4-CR-10087-MBB
                 ------------------------------------------------------

Dear Mr. Mitchell:

    We are writing in response to your letter of February 17, 2006. In your letter you expressed concerns relating to the first Annual Report prepared by Captain George Ireland on November 18, 2005 in compliance with our plea agreement.

    We believe that your concerns about Bouchard's implementation of the compliance program should be relieved based upon Bouchard's current practices and actions taken to address some of the concerns expressed in the Annual Report. The concerns expressed in your letter of February 17, 2006 are addressed point by point below.

NYDOCS1/257385.1

(1) <u>Status of new measures initiated by the former COO at time of initial audit</u>:

We are advised that the improvements implemented by former Chief Operating Office Stan Chelluck are in place. As you may know, Mr. Chelluck left for health reasons. To further ensure that his improvements remain implemented and improved a new, more experienced COO has been hired by Bouchard and is due to start on April 14, 2006. John Lindahl will remain with the company in a lesser capacity. The new COO, John DeRose, III, is an experienced manager currently employed by Alaska Tanker Company, LLC. This replacement is directed to address Capt. Ireland's concern that a more experienced person should assume this position and to ensure that effective administrative processes remain on track. This replacement is consistent with the company's philosophy of safety first. Also, you should note that the company's incidents of injuries, oil spills, and damages continue to decline since Buzzard's Bay.

(2) <u>Implementation of recommendations made in the initial Audit Report</u>:

    (a) *Performance evaluations and hiring:*

At the time of Capt. Ireland's audit, there were files of new hired crewmembers that did not possess a complete set of 30-60-90 day evaluations. In order to rectify the situation Bouchard has developed a system within their personnel database that not only tracks the evaluation submissions, but also links to a Microsoft Outlook Calendar that provides a tickler for the requisite periods of report throughout the 90 day probation period. (Exhibit 1). The Bouchard Procedures Manual still contains the company's policy of a 90-day probation period implemented during Stan Chelluck's tenure with the company. The assertion that Bouchard eliminated the probation period is erroneous. Please find attached a copy of the New Employee Orientation Period Form which is contained within the Pre-Employment Package that every new employee receives prior to reporting aboard. Contained within this form is Bouchard's policy of a 90 day orientation period as well as a 30-60-90 day appraisal policy. (Exhibit 2).

Also, be advised that the company has resumed semi-annual evaluations. The company has set evaluations for all personnel twice a year, specifically due on June 30th and December 31st.

Hiring and training qualified people is the company's main priority. At present Bouchard is not short any tug captains. There are 5 (five) Mates positions unfilled, but Bouchard has six (6) qualified Mates in training to become Mates and anticipates the unfilled slots will be filled in a couple of months through training and promotions. The company plans to hire and train qualified additional personnel for contemplated new buildings, which will add to the existing largest double hull fleet in the country.

(b) *Manning*

Bouchard is complying with the regulatory requirements for AB qualifications of deck crews on towing vessel and tank barges. For barge manning Bouchard meets the requirements which require two (2) AB's for voyages of greater than 600 miles. (Exhibit 3). Only one (1) AB is required for voyages of less than 600 miles. We also meet the AB requirement for tugboats in accordance with 46 C.F.R. 15.840. (Exhibit 4).

(c) *Oil Spill prevention; notification and response:*

PREP records are now up to date and Bouchard is in full compliance with PREP guidelines. To assure this, John Lindahl has met with a representative from Bouchard's OSRO (National Response Corporation) to review the PREP guidelines and the company's records. A page by page analysis was conducted of the PREP guidelines along with a comparison of Bouchard's records from 2004 to 2006 and Bouchard is in compliance.

With regards to PREP, you should be aware in 2004, a fully documented table top exercise was conducted that exercised the Spill Management Team's organization, communication, and decision making while managing a simulated oil spill onboard the B. No. 85 while discharging at a terminal on Long Island, New York. I have attached a copy of the full report (Exhibit 5). The PREP guidelines provide for a credited spill drill in the event of an actual incident whereby the full utilization of the Company Vessel Response Plan is incorporated. The B. No. 195 tank overfill in Philadelphia enabled Bouchard to use this incident as the annual Table–Top Exercise. All required objectives within the PREP guidelines were met and documented within the Incident Summary Report from our Spill Management Company (Exhibit 6). The conclusion of the triennial period of 2004 to 2006 has been mapped out with the 2006 Table-Top Exercise which happens to be a worst case discharge scenario, "as required by the PREP guidelines (once in a triennial cycle). I have attached a copy of the Worst Case Discharge Drill Plan (Exhibit 7). Upon completion of the triennial cycle in 2006, Bouchard will start a new cycle for 2007 to 2009.

3. Compliance with the specific operational measures set out in the plea agreement.

As you surmised, Bouchard was operating under the assumption that the navigational software requirement only applied to voyages in Buzzard's Bay. Based upon your concerns, Bouchard has now expanded to track histories for all Bouchard vessels for ten (10) days.

We apologize for the delay in our response to your February 17, 2006 letter. Thank you for the extension of time to answer. As you know, this was due to my being

engaged in trial preparation and trial in New Jersey, which settled during trial on March 15th. Rest assured that our client Bouchard Transportation was not responsible for any delay.

We believe this information should satisfy your concerns. Based upon the action already taken, Bouchard does not believe an interim audit is necessary. However, if you desire further information or wish to discuss any issues, please feel free to contact the undersigned.

> Best regards,
>
> FREEHILL, HOGAN & MAHAR, LLP
>
> Thomas M. Russo

TMR:mb
Enclosures

Exhibit 1:    Bouchard's 30-60-90 day Appraisal Policy Calendar.

Exhibit 2:    Copy of New Employee Orientation Period Form.

Exhibit 3:    Bouchard Manning Requirements.

Exhibit 4:    AB Tugboat Requirements in Accordance with C.F.R. 15.840.

Exhibit 5:    Copy of 2004 Report of Spill Management Team's Simulated Oil Spill Drill on board B. No. 85.

Exhibit 6:    Incident Summary Report from Spill Management Company.

Exhibit 7:    Worst Case Discharge Drill Plan.

cc:   **VIA ECF**
      Magistrate Judge Bowler
      United States Magistrate Judge
      United States District Court
      District of Massachusetts
      1 Courthouse Way
      Boston, Massachusetts 02210