EXHIBIT 1

# March 2006

Crewing

| | Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|---|
| | | | March 1 | Bruce Alexander 30 Day Eval Due / Theron Clark 30 Day Eval Due (2) | (3) | (4) |
| | Tony Pensiero 30 Day Eval Due (6) | (7) | (8) | (9) | (10) | John Holland 60 Day Eval Due / Joseph O'Toole 60 Day Eval Due (5) |
| | (13) | (14) | (15) | (16) | (17) | (11) (12) |
| | (20) | (21) | (22) | Don Ballou 30 Day Eval Due / Octavio Martin 30 Day Eval Due (23) | (24) | Archie Lovelace 30 Day Eval Due (18) / Bill Gibbons 60 Day Eval Due, Peter Kaulbach 60 Day Eval Due (19) |
| | Brian Ranford 30 Day Eval Due (27) | Dean Duet 60 Day Eval Due / Peter Pollak 60 Day Eval Due (28) | (29) | (30) | Martin Keil 30 Day Eval Due (31) | (25) (26) |

March 2006
S M T W T F S
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

April 2006
S M T W T F S
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

3/20/2006 10:49 AM

# April 2006

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|--------|---------|-----------|----------|--------|---------|
| | | | | | |
| 3 | 4 — Garrett Gorham 30 Day Eval Due; John Holland 90 Day Eval Due; Joseph O'Toole 90 Day Eval | 5 — Tony Pensiero 60 Day Eval Due | 6 | 7 | 8 — James Blevins 30 Day Eval Due; Bruce Alexander 60 Day Eval Due; Theron Clark 60 Day Eval Due |
| 10 | 11 | 12 | 13 | 14 | 9 |
| 17 — Archie Lovelace 60 Day Eval Due | 18 — Bill Gibbons 90 Day Eval Due; Peter Kaulbach 90 Day Eval | 19 — Brian Ranford 60 Day Eval Due | 20 — Dean Duet 90 Day Eval Due; Peter Pollak 90 Day Eval Due | 21 — Don Ballon 60 Day Eval Due; Octavio Martin 60 Day Eval Due | 15 / 16 |
| 24 | 25 | 26 | 27 | 28 | 22 / 23 |
| | | | | | 29 / 30 |

Crewing

3/20/2006 10:49 AM

03/20/2006  17:45   6313904925                    BOUCHARD TRANSPORT                    PAGE  04/09

# May 2006

Crewing

| | Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|---|
| | May 1 — Bruce Alexander 90 Day Eval Due; Martin Keil 60 Day Eval Due; Theron Clark 90 Day Eval Due | 2 | 3 | 4 — Garrett Gorham 60 Day Eval Due | 5 — Tony Penstero 90 Day Eval Due | 6 / 7 |
| | 8 — James Blevins 60 Day Eval Due | 9 | 10 | 11 | 12 | 13 / 14 |
| | 15 | 16 | 17 — Archie Lovelace 90 Day Eval Due | 18 | 19 | 20 / 21 |
| | 22 — Don Ballou 90 Day Eval Due; Octavio Martin 90 Day Eval Due | 23 | 24 | 25 | 26 — Brian Ranford 90 Day Eval Due | 27 / 28 |
| | 29 | 30 | 31 — Martin Keil 90 Day Eval Due | | | |

May 2006 / June 2006

3/20/2006 10:50 AM

# June 2006

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | June 1 | 2 | 3 |
| | | | | | Garrett Gorham 90 Day Eval Due |
| 5 | 6 | 7 | 8 | 9 | 10 |
| | James Blevins 90 Day Eval Due | | | | |
| 12 | 13 | 14 | 15 | 16 | 17 |
| 19 | 20 | 21 | 22 | 23 | 24 |
| 26 | 27 | 28 | 29 | 30 | 25 |
| 2 | | | | | 18 |
| | | | | | 11 |
| | | | | | 4 |

Crewing

3/20/2006 10:50 AM

June 2006
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

July 2006
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |