# EXHIBIT 2

*The Bouchard Affiliated Companies*
58 South Service Road, Suite 150
Melville, NY 11747
Phone: 631-390-4900
Fax: 631-390-4966

**NEW EMPLOYEE ORIENTATION PERIOD**

1. PURPOSE
   To complete the new employee selection process by providing an orientation period of on-the-job work experience by which the new employee and the company may evaluate employment suitability in terms of knowledge, skill, ability and interest.

2. SCOPE
   This policy applies to all marine and office positions.

3. POLICY
   New employees will serve an orientation period of up to 90 days from date of hire. This period is used to determine whether the employment relationship should continue. During the orientation period, frequent employee performance evaluations will be held. If the company determines in its sole discretion that a satisfactory performance level cannot be achieved through a reasonable amount of training and coaching, orientation period employees will be released immediately.

4. PROCEDURE
   A. Captains will be responsible for the training and evaluation during the orientation period of all marine personnel.
   B. Performance appraisals will be conducted after 30, 60, and 90 days. (Use new employee performance review form, which follows.) Informal coaching and feedback should be provided daily or on an indicated basis.
   C. Upon satisfactory completion of the orientation period, employees move to regular status and are subject to the standard performance appraisal process and other company policies.
   D. If, during the orientation period, unsatisfactory performance does not improve, the personnel manager will be advised, and the employee may be released from the company.
   E. All employees, regardless of status or length of service, are required to meet and maintain company standards for job performance and behavior.

_____          _____
SIGNATURE                                DATE

_____
VESSEL