# EXHIBIT 3

03/21  1/21/2006  16:32    6313904925                BOUCHARD TRANSPORT                    PAGE  03/04



United States of America
Department of Homeland Security
United States Coast Guard

I.A.

| Certification Date: | 30 Dec 2003 |
| --- | --- |
| Expiration Date: | 30 Dec 2008 |
| IMO Number: | |

# Certificate of Inspection

| Vessel Name | Official Number | Call Sign | Service |
| --- | --- | --- | --- |
| B. NO. 240 | 998038 | | Tank Barge |

| Hailing Port | Hull Material | Horsepower | Propulsion |
| --- | --- | --- | --- |
| NEW YORK, NY | Steel | | |

| Place Built | Delivery Date / Date Keel Laid | Gross Tons | Net Tons | DWT | Length |
| --- | --- | --- | --- | --- | --- |
| GRETNA, LA, UNITED STATES | 10Dec1993  11Mar1993 | R-9242 I-10483 | R-9242 I-8828 | 19991 | R-446.4 I-446.4 |

| Owner | Operator |
| --- | --- |
| B-240 CORP<br>77 NEW BRIDGE ROAD    P O BOX 9021<br>HICKSVILLE, NY 11801-9021 | BOUCHARD COASTWISE MGMT CORP<br>P O BOX 9021<br>HICKSVILLE, NY 11801 |

This vessel must be manned with the following licensed and unlicensed personnel. Included in which there must be 0 certified lifeboatmen, 0 certified tankermen, 0 HSC type rating, and 0 GMDSS Operators.

| Master | Master & 1st Class pilot | Radio Officer(s) | Chief Engineer | QMED/Rating |
| --- | --- | --- | --- | --- |
| Chief Mate | Mate & 1st Class Pilot | Able Seamen/ROANW | 1st Asst. Engr/2nd Engr. | Oilers |
| 2nd Mate/OICNW | Lic. Mate/OICNW | Ordinary Seamen | 2nd Asst. Engr/3rd Engr. | |
| 3rd Mate/OICNW | 1st Class Pilot | Deckhands | 3rd Asst. Engr. | |
| | | | Lic. Engr. | |

In addition, this vessel may carry 0 passengers, 0 other persons in crew, 0 persons in addition to crew, and no others. Total persons allowed: 0

Route Permitted and Conditions of Operation:

\*\*OCEANS, PERMISSIVELY MANNED\*\*

PERMISSIVE MANNING AUTHORIZED PROVIDED RESTRICTIONS ON CURRENT INTERNATIONAL LOAD LINE CERTIFICATE ARE MET. CERTIFIED WITHOUT A NAVIGATING CREW. THIS BARGE MAY CARRY 4 PERSONS A MAINTENANCE PERSONNEL WITH NO DUTIES CONNECTED WITH THE NAVIGATION OF THE BARGE. ALL CREWMEMBERS MUST BE IN POSSESSION OF MERCHANT MARINER DOCUMENTS. WHEN ENGAGED IN A VOYAGE OF 600 NM OR GREATER, 2 ABLE SEAMEN & 1 ORDINARY SEAMAN SHALL BE CARRIED. WHEN ENGAGED IN VOYAGE OF LESS THAN 600 NM, ONLY 1 ABLE SEAMEN AND 1 ORDINARY SEAMAN ARE REQUIRED. AT LEAST ONE CREWMEMBER MUST BE CERTIFIED AS A TANKERMAN IF THE BARGE IS NOT GAS FREE. IF MORE THAN 2 CREWMEMBERS ARE CARRIED, 2 CERTIFIED TANKERMAN ARE REQUIRED.

\*\*\*SEE NEXT PAGE FOR ADDITIONAL CERTIFICATE INFORMATION\*\*\*

With this Inspection for Certification having been completed at NEW YORK, NY, the Officer in Charge, Marine Inspection, ACTIVITIES NEW YORK certified the vessel, in all respects, is in conformity with the applicable vessel inspection laws and the rules and regulations prescribed thereunder.

| Annual/Periodic/Quarterly Reinspections | | | | This certificate issued by: |
| --- | --- | --- | --- | --- |
| Date | Zone | A/P/Q | Signature | |
| - | - | - | - | C. E. BONE, CAPT, USCG<br>Officer in Charge, Marine Inspection |
| - | - | - | - | |
| - | - | - | - | ACTIVITIES NEW YORK<br>Inspection Zone |
| - | - | - | - | |

Dept. of Home Sec., USCG, CG-841 (Rev 4-2000)(v)