# EXHIBIT 4

[Code of Federal Regulations]
[Title 46, Volume 1]
[Revised as of Octobery 1, 2004]
From the U.S. Government Printing Office via GPO Access
[CITE: 46CFR15.840]

[Page 258]

TITLE 46--SHIPPING

CHAPTER I--COAST GUARD, DEPARTMENT OF HOMELAND SECURITY

PART 15_MANNING REQUIREMENTS--Table of Contents

Subpart G_Computations

Sec. 15.840  Able seamen.

    (a) With certain exceptions, 46 U.S.C. 8702 applies to all vessels
of at least 100 gross tons. At least 65 percent of the deck crew of
these vessels, excluding licensed individuals, must be able seamen. <u>For
vessels permitted to maintain a two watch system, the percentage of able
seamen may be reduced to 50 percent.</u>  ← APPLIES TO BOUCHARD TUGS
    (b) Able seamen are rated as: unlimited, limited, special, offshore
supply vessel, sail, and fishing industry, under the provisions of part
12 of this chapter. 46 U.S.C. 7312 specifies the categories of able
seamen (i.e., unlimited, limited, etc.) necessary to meet the
requirements of 46 U.S.C. 8702.
    (c) It is the responsibility of the master or person in charge to
ensure that the able seamen in the service of the vessel meet the
requirements of 46 U.S.C. 7312 and 8702.