EXHIBIT 5

# Bouchard Transportation Co. Inc.

To: Stan Chelluck, Chief Operating Officer
CC: Morton Bouchard, President
    Matt Hoder
From: Lance Savaria

Date: October 4, 2004

Re: **Company Annual Oil Spill and Security Drill – Lessons Learned**
    September 29, 2004 @ 1300

Attending:  Stan Chelluck, Chief Operating Officer
            Bob Bouchard, Manager Construction and Projects
            Lance Savaria, Manager of Environmental, Security and Quality Systems
            Bob Glas, Manager Safety and Training
            John Lindahl, Manager Safety and Training
            Tom Ryan, Personnel Manager
            Bill Chapman, Vessel Supervisor
            Pablo Loza, Vessel Supervisor
            Ed Christie, Vessel Supervisor
            Carol Nelson, Dispatch
            Victor Corso, Claims Department
            Mike Brokaw, Vessel Supervisor
            Don Jensen (consultant)

B.No. 85   Eric Thomas – Barge Captain
           James Laird – Barge Mate

Next Drill Schedule

o   Next scheduled Drill 10/1/05 at the Melville Office

Attached Documents

PREP - Triennial CYCLE Documentation Form
Incident Response Actions and Notifications Form
Incident Briefing ICS – form 201-OS
NRC – Equipment Availability

1

**Oil Spill Drill and Security Report**

---

<u>ICS Training – Don Jensen</u>

Beginning at 1000 and continuing to 1230 ICS Training was provided for all listed attendees. The training introduces the company spill management team to the ISC system, its purpose, organization, and to identify the roles that we would fill.

<u>Drill Audit</u>

Don Jensen was an observer in all aspects of the drill. He contributed to the lessons learned and commented on potential improvements.

<u>Drill Summary</u>

- Drill began at 1300 all participants simulated an Oil Spill and Security event to confirm each participants role.
- We audited the accuracy of the Vessel Response Plan and the Vessel Security Plan.
- We reviewed the use of the Vessel Response Plan and Vessel Security Plan Section 3 Shipboard Response Organization, Section 4 Shorebased Response Activities, 5 List of Key Contacts, and Section 9 Geographic Specific Information to make the necessary decisions and notifications.
- We discussed how assignment of the different roles in forming a limited Incident Command Organization.
- We discussed each persons role in the office and in the field which includes record keeping, interface with government representatives, media representatives, and contractors.
- We contacted the vessel and reviewed their knowledge of the use of the VRP and VSP confirming their communication process.

<u>Notifications and Communications - Vessel Response Plan and Vessel Security Plan</u>

The following contacts and notifications were made:
- USCG MSO New Haven and USCG Activities NY
- USCG National Response Center
- NY Department of Environmental Protection
- B.No.85
- NIC Terminal – Port Jefferson
- OSRO - MSRC and NRC
- Spill Management – Gallagher Marine
- ABS – Emergency – Rapid Response Damage Assessment
- Drug and Alcohol Testing – Anderson & Kelly
- Lightering, Salvage, and Firefighting Services – DonJon
- Public Relations – Jim Lawrence
- Claims P&I Club – Mike Chalos assigned as correspondent

**Oil Spill Drill and Security Report**

---

Drill Lessons Learned

1. *Oil Spill* - Incident Response Actions and Notifications checklists (draft) need to be reviewed and updated to an approved form making them user friendly.

2. *Oil Spill* - Incident Briefing ICS 201-OS form needs to be implemented into our reporting/record keeping process for communication with the USCG and internal record keeping. Pre-printed copies need to be left in the Command Center – consider a binder.

3. *Security* - Company ID is a requirement to access terminal.

4. Security – Terminal recommends that a company letter listing Company Field Personnel and the approved OSRO and other contractors that we anticipate needing access be prepared in advance.

5. *Casualty* – Dispatch need to inventory all of the ullage tables to confirm that we have a copy for each barge.

6. *Oil Spill* – we need to evaluate the benefit of having the USCG Regional Response Plans in the office or to rely on the copy maintained by the Spill Manager. Investigate if we can use the internet to access required plans.

7. Oil Spill – VRP and VSP crew needs more experience of the plans use and will be included in the training at Captain's Meeting.

Drill Lessons Learned Review - B. No. 235 on March 5, 2004

1. *Remains a priority and is reinforced at training* - Communications between the PIC terminal and PIC barge need to be constantly strengthened; although in this case there was no apparent problem with communications.

2. *Completed at last VRP Review* - VRP notification checklists need to be reviewed with the goal of making them user friendly so that the dispatch and all company field persons can keep good notes.

3. *Completed, only authorized company representative* as the Incident Commander or his designee - Clear policy of who can talk to government representatives on site needs to be set

4. *Completed* - Response room was not completely set up due to the company move to new offices – this has been corrected and computer w/white board and network has been connected.

5. *Completed* - Reference VRP should be kept in the Response Room.

6. *Completed at last review* - All area specific information in the VRP needs to be confirmed and corrected – telephone and fax. We did not find any problem with this during the event however the lesser used areas will likely be out of date.

7. *Noted* - Each person in the response room needs to keep a telephone log.

8. *Completed* - We need more telephone lines in the Response Room.

**Oil Spill Drill and Security Report**

---

**Oil Spill Response Exercise #1 SCENARIO**

September 29, 2004 @1300 at NIC - Port Jefferson, NY. The B.No.85 is in the process of stripping and has a starboard list. The Mate began to transfer diesel to the day tank while conducting the stripping operation and the F.O. Day Tank overfills and due to the list overfills vent and deck containment on the starboard side of the barge allowing 100-200 gallons of diesel fuel to run off the deck into the adjacent water. Tug Bouchard Boys is in the area at anchor.

The Barge Captain makes his initial notification to Dispatch. The two crewmembers on the barge then busy themselves with initiating a response and as a result Dispatch is unable to maintain adequate communications to gain an accurate "situation awareness". The trailing sheen/slick is observed by persons aboard several nearby recreational vessels who are overheard reporting the spill via VHF to the local marina. Several small recreational power boats come alongside the barge and terminal pier telling them about the spill. Many are angry and keep maneuvering in the near area. There is a danger of these boaters climbing aboard the barge or terminal pier to bring dead birds to hand to the barge crew.

A USCG pollution investigation team arrives at the facility and requests the detailed plans for response from the Barge Captain. There is some difficulty getting the cleanup crews onto the facility due to clearing security at the gate. A local TV station reporter and cameraman arrive at the gate of the facility and demand an interview from the Barge Captain.

Weather Conditions: The temperature is 72 degrees F; sunny, the skies are clear. The tidal current is ebbing and the wind is out of the E at 12 mph.