# EXHIBIT 6

*Bouchard B-195*
*September 10, 2005*
Incident Summary Report

*Prepared By Gallagher Marine Systems*

# *Bouchard B-195*
## *September 10, 2005*
### *Sunoco – Philadelphia, Pennsylvania*

### I. List of Involved Parties:

1. Sunoco – Girard Point Environmental
2. Bouchard Transportation Co., Inc.
3. U.S. Coast Guard – Marine Safety Office Philadelphia
4. Pennsylvania Fish & Boat Commission
5. Gallagher Marine Systems, Inc. (GMS)
6. National Response Corporation (NaRCo) - OSRO
7. C-SERT – Health & Safety
8. Clean Venture (CV) - OSRO
9. Delaware Bay & River Cooperative (DBRC) - OSRO
10. Miller Environmental Group (MEG) - OSRO
11. Skully Environmental- OSRO
12. Freehill, Hogan & Maher
13. Meredith Management Group – American Club

### II. General Overview

At approximately 0930 on 10 September 2005 Gallagher Marine Systems, Inc. (GMS) received a notification from Bouchard Transportation Co. Inc. (Bouchard), Mr. Bob Bouchard, of an oil spill incident involving the Bouchard Barge B-195 in the port of Philadelphia. Mr. Bouchard reported that the B-195 had experienced a tank overflow of an estimated 100 gallons of No. 6 oil while loading at Sunoco – Girard Point. GMS was requested to

dispatch a representative to the scene to "monitor" the response and to report observations back to Bouchard's office in New York. The GMS' role was later expanded to provide spill management support under the direction of the Bouchard Qualified Individual (Bob Bouchard). GMS maintained 24-hour attendance on-scene through completion of active clean-up operations on 13 September 2005.

## III.  Summary of Response

### DAY 1

At approximately 09.30 a.m., GMS was directed to send a representative on-scene to monitor and report as stated above. Bouchard confirmed that they made all notifications and engaged (e.g. dispatched) their OSRO – National Response Corporation to respond. GMS dispatched local responder Tom Wiker who arrived on-scene at approximately 11.15 a.m.

After confirming our arrival with Bouchard Command Post, at 1130 we conducted an initial assessment of response activities. Our observations and findings were as follows:

- Barge moored at Berth No. 2 – Sun Oil Girard Point
- Containment boom deployed outboard of B-195 and secured to pier forward and aft of vessel. This boom was reportedly deployed by Sun contractor – Clean Venture of New Jersey.
- Sun Oil reported that there was boom underneath the dock running the length of Berth 2 and all the way down to the other Sun berths (through Berth 10)
- Sun stated that the boom deployed by Clean Venture completely surrounded the B-195 as it was adjoining the boom underneath Berth 2.
- (2) Vacuum Trucks (Skully) on dock using hose (no skimmer head) to recover oil. Vacuum truck was reported to have arrived at 10.00 a.m.
- An estimated 1000 gallons of recoverable oil was present within the boom along both sides, in the notch and at the bow and stern.
- Sheen and small patches of oil was present outside of the boom.

- There was an Army Core of Engineers dredging operation taking place nearby. Dredging had to be discontinued as a result of the spill.
- (3) Miller Environmental (MEG) boats deploying sorbent materials (snare, pads, sweep, sausage, etc.) to recover oil contained in boom at the forward section of the B-195. MEG personnel & equipment had been ordered by Bouchard via NaRCo.
- Seven (7) MEG personnel working at this location. Their On-scene supervisor was Mr. Mike Hughes (856 229 5093). Gary Humphreys was their office POC (609 352 3296)
- Clean Venture (an initial response contractor activated by Sun) had been stood-down and was no longer on-scene.

At approximately 1200 Wiker contacted Bouchard and reported observations findings as above. We were directed to continue in our role of monitoring and report back to the Bouchard command center on a periodic basis.

At approximately 12.15 hours, Wiker then met with the following personnel who had just arrived from a planning/coordination meeting which took place in another location:

1. U.S. Coast Guard (Master Chief Conrad – 215 778 5841)
2. Sun Oil – Rick Gasey
3. Sun Oil – Willis Houston (215 339 7114)
4. Pat Bonner (Freehill, Hogan & Maher).
5. C-Sert Personnel (2)
6. NaRCO – Damir
7. Bouchard – Ed Christie (516 790 4803)

The USCG advised that they didn't want the barge moved; that they were broadcasting a "no wake zone" and that dredging operations were discontinued due to the spill. Sun expressed that they had two barges coming in at 20.00 hour and 20.30 hours. NaRCo (Damir) advised of the

immediate need for a Site Safety & Health plan and air monitoring. USCG and Sun appeared satisfied with the level and progress of cleanup activity.

At 12.30 hours, Wiker contacted Bouchard to provide an update. Wiker also advised that based upon the quantity of oil observed and level of resources involved that there was a need for GMS to provide spill management oversight. Bouchard advised GMS continue monitoring activities and that they will revert with their intentions.

At 1300 we accompanied NaRCo (Damir) and the USCG in a survey of deployed resources. The USCG expressed during this survey that they wanted sausage boom to be placed between the B-195 and the berth. Wiker suggested that this was not practical as the oil in that location should be skimmed and was too viscous for sausage boom to be effective... The USCG also required a nearby effluent outfall was to be boomed. NaRCo agreed and stated that they would take of this. Wiker inquired with NaRCo about skimmers for vacuum trucks and was advised that they were being sent to the site from MEG-Paulsboro via boat. Also, generated waste was being taken by boat to MEG-Paulsboro. Wiker learns that Bob Bouchard is coming to the site from New York area.

At 13.35 hours, Wiker went back aboard the B-195 to assess observable equipment and personnel and cross checked this with Damir and Sun Oil representatives. The resources at that time were noted as follows:

Sun Oil:  1,200 feet of boom
          Two (2) – Vacuum Trucks
          Eight (8) – Personnel from "Skully – 1 Supervisor; 7 Laborers
MEG:      One (1) – Vacuum Truck
          Sixteen (16) – Personnel
NaRCo:    Three (3) – Personnel (Damir & two C-SERT Personnel)

At 14.00 hours, Wiker attends a meeting offsite with representatives of Sun, USCG, & NaRCo which was for the purpose of developing a work list for remainder of the day and determine which night operations were necessary. The priorities were:
1. Double boom under dock with additional hard boom due to gaps found in Sun's booming configuration.
2. Complete booming of effluent outfall.
3. Establish Night Operations – 18.00 hours to 06.00 hours for crew change outs.
4. Mobilize resources for pressure washing ("Hotsy") operations.

At approximately 14.30 hours, Wiker receives call from Bouchard concerning contractor actions that may have caused release of contained oil. After investigation it was determined that contractor action did not cause a release but rather the losses occurred via gaps in pre-deployed Sun oil boom that were now confirmed to have occurred in areas where boom under the

dock had twisted. Contractors on-scene also attributed some losses due to currents induced by the prop wash of the *Bouchard Girls* (BG) which was now oiled (and located just aft of the B-195). Wiker also observed recoverable oil aft of the BG and confirmed that additional resources and personnel would be immediately necessary to address impacts to adjacent areas.

At 14.55 hours, Wiker has conference call with Bouchard and advises of sources of oil loss from the containment area and the increased area of impact. Wiker receives permission to mobilize Jack Coyle (GMS) for additional support in monitoring day-time operations and Herb Wood (GMS) to work monitor night operations.

At 15.15 hours, Bob Bouchard arrived on-scene and is briefed by Mr. Wiker. Bob Bouchard would be running the job with input from Wiker. It was agreed additional was needed, specifically vacuum trucks and skimmer heads. After difficulty was experienced by NaRCo in getting vacuum trucks into the terminal, we contacted Clean Venture (CV) on behalf of Bob Bouchard and arranged for a Vacuum Truck and two personnel – ETA 18.00 hours.

Some resources (personnel, equipment (vacuum trucks)) ordered by NaRCO encountered difficulty or were unable to gain site access due to Sun Oil's vetting protocol (e.g. if a company's personnel and resources hadn't been vetted by Sun they weren't permitted on site). Fleet and MEG were having problems. Skully and CV were pre-vetted and were allowed on the facility

without delay. GMS worked with Sun to expedite this but with minimal success.

At approximately 18.30 hours the following resources were ordered and/ or onsite:

| Company | Personnel | Boats | Skimmers | Vacuum Trucks | Boom (in feet) |
|---|---|---|---|---|---|
| NaRCo | 3 | | | | |
| CV | 7 | 2 | | 1 | 2,000 |
| MEG | 16 | 2 | 1 | 1 | 2,400 |
| Fleet | 4 | | 1 | 1 | |
| DBRC Coop | 2 | | 1 | | |
| Skully | 4 | | 1 | 1 | |

In addition to previously noted impacted vessels, the following were oiled or potentially oiled as of 19.00 hours:

1. B-195 – Berth 2
2. Bouchard Girls – Berth 6 (Aft of No.1)
3. Tug Petrol/ASC 257 – Berth 7/8 (Aft of No. 2)
4. B-230 – Berth 10 (Aft of No.3)
5. Vane Brothers Tug (across river) was slightly oiled. Wiker accompanied MEG boat across and supervised hull wiping to Vane Bros. representatives satisfaction on Saturday evening.

At 2130 hours, there was a meeting involving Bouchard, Sun, NaRCo, GMS etc. It was established that:

- Sunoco needs dock open ASAP for incoming "Benzene" ship.
- Recovered liquids being decanted at Sun's "2B" separator and offloaded at Tank 270.
- No clean up to be done on vessels through the night
- 3 hotsys ordered from MEG for Sunday use.
- Oil to be contained with sorbent sweeps
- Sunoco requested more "Water Resource Management" from Bouchard to expedite spill.
- C-Cert - Reviewed PPE requirements in Sunoco Terminal
- Dead low water scheduled for 2 am
- Need to isolate and block off oil with boom prior to tide change.
- Safety requirements:
    Emergency # 215-339-5400
    Work permit issued @ 10PM and 0800 AM
    Fire retardant overalls
    Safety glasses with side shields
    Safety shoes
    Life vest if closer than 3 ft from edge of pier
    On workboats,
    Oil resistant Tyvex

The following equipment was on-site or at the Sunoco gate awaiting entry as of 22.00 hours:

| Company | Personnel | Boats | Skimmers | Vacuum Trucks | Boom (in feet) |
|---|---|---|---|---|---|
| NaRCo | 3 | | | | |
| CV | 7 | 2 | 4 | 1 | 2,000 |
| MEG | 16 | 2 | 1 | 1 | 2,400 |
| Fleet | 4 | | | 1* | 2,000 |
| DBRC Coop | 2 | | 1 | | |
| Skully | 4 | | 1 | 1 | |

* Not certified by Sun

Day 2

On Sunday, 9/11/05, there was a crew change. It was noted that skimming operations were going well. There was a quick turnaround when trucks reached capacity as they could offload in approximately one hour and return back to work. Sunday morning work included:

- Change out of all sweep along face of dock (in prep for USCG inspection.
- MEG continue cleaning of Tug *Bouchard Girls*
- Move Cumene Barge
- Remove sweep from entire dock
- Tighten hard boom to docks to allow Benzene ship to come to dock
- Sun confirmed that resources which were not vetted by Sun were not permitted on Sun's refinery and that there would be no exceptions.

At approximately 07.30 a.m., a USCG Auxiliarist conducted an overflight (not requested to GMS' knowledge) and reportedly said there was sheen outside of the boom but nothing observed to be recoverable. After USCG's satisfactory inspection (e.g. vessel's are clean), the Tug Petrol/ASC 257 sailed (10.15 a.m.). The *Bouchard Girls* sailed at approximately 10.30 a.m. All personnel were made aware that a Benzene vessel, M/T Botany Trust, was inbound and would soon arrive with much needed cargo for Sunoco. According the USCG and Sunoco cleaning of the berth must take a priority over the cleanup.

The following resources were observed as of 9/11/05 at 11.00 hours:

| Company | Personnel | Boats | Skimmers | Vacuum Trucks | Boom (in feet) |
|---|---|---|---|---|---|
| NaRCo | 2 | | | | |
| CV | 7 (15) | 3 | 1 | 1 | 3,000 |
| MEG | 13 | 3 | 1 | 1 | 2,400 |
| Fleet | | | | | |
| DBRC Coop | 2 | | 2 | | |
| Skully | 4 | | 1 | 2 | |

At 11.30 hours, a meeting was held with Sunoco (Don Zoladkeiwitz & Skip); C-Sert; Bouchard (Bob Bouchard); NaRCo (Damir) and the USCG (Master Chief Conrad). It was estimated that 1,800 gallons of oil was spilled. As of the meeting, 1,300 gallons had been recovered. The plan of action was for boats to continue mucking up the oil and for sorbents to be changed out. Skimming operations were to continue until all free-floating oil had been recovered. Berths 6 and 10 were prioritized based on incoming vessels.

Steve Welch was on-scene late on Saturday and all day Sunday. Mr. Welch was representing the P&I Club and was tracking costs, resources etc. He obtained information from NaRCo directly with some input from GMS.

Cleanup operations continued throughout the day on Sunday 9/11/05. At approximately 21.15 hours, the B230 sailed from #10 berth, which was aft of all cleanup activity. There was no apparent oil in the area of this vessel.

Day 3 and 4

Vacuum operations continued on 9/12/05 throughout the day. Four vacuum trucks continued operations to recover free floating oil. Crews also changed out sorbent sweep and sausage boom as per verbal U.S. Coast Guard directive.

During the evening of 9/12/05 and the morning of 9/13/05, cleanup continued. On the morning of 9/13/05, most of the oil had been cleaned up and crews were directed to begin demobilization of boom and equipment. Vacuum truck operations continued until the evening of the 13th at which time there was no more need for vacuum truck resources. The plan of action continued in the form of changing out sweep and sorbents underneath and along the pier and to conduct final decontamination of the barge. This commenced during the day on the 13th. It was determined that night operations were not necessary based on the success rate of the response at that point.

Resources during the evening of 9/12 to morning of 9/13:

| Company | Personnel | Boats | Skimmers | Vacuum Trucks | Boom (in feet) |
|---|---|---|---|---|---|
| NaRCo | 1 | | | | |
| CV | 2 | 1 | | | |
| MEG | 4 | 1 | | | 2,400 |

Day 5

On 9/14/05, a USCG final inspection was arranged. The inspection resulted in observations of sporadic areas of sheen which USCG voiced concern

about. They required sorbent materials to be applied to the areas where sheen was evident. The USCG permitted the removal of all hard boom but required continuous change out of absorbent boom and sweep until sheen was not present. Decontamination efforts continued throughout the day.

Day 6

On 9/15/05, decontamination efforts were completed at Sunoco Girard Point. MEG did have some materials which were confirmed to have been decontaminated at their Paulsboro, New Jersey facility.

Please direct any questions related to this report and or response to our corporate office in Mount Laurel, New Jersey:

> Gallagher Marine Systems, Inc.
> 100 Century Parkway - Suite 130
> Mount Laurel, New Jersey USA 08054
> +1 856 642 2091 (Telephone)
> +1 856 642 3945 (Facsimile)
> www.chgms.com
> info@chgms.com