EXHIBIT 7

03/22/2006  16:05    6313904925    BOUCHARD TRANSPORT    PAGE  02/02

*Bouchard Transportation Co., Inc.*    ATLANTIC COAST • LONG ISLAND SOUND
GREAT LAKES • GULF COAST

58 South Service Road, Suite 150
Melville, New York 11747
Tel.: (631) 390-4900
Fax: (631) 390-4905

To: Chief Operating Officer
From: Manager Safety & Training

Date: February 9, 2006

**RE: PREP DRILL SUMMARY**

Drill will follow the National Preparedness for Response Exercise Program (PREP) Guidelines

We have scheduled for this drill for October 10, 2006.  It is planned as a maximum most probable discharge (MMPD) tabletop exercise.  This will test section of the VRP, primarily the QI, Notifications, Staff Mobilization, Organization, Incident Command System, Discharge Control, Assessment, Containment, Recovery, Protection, Sensitive Site Protection, Procurement, Site Security, Control Zones, and Documentation.

The Emergency oil spill drill will be conducted at the Melville Office beginning at 0900 and is expected to continue for three hours or until it is determined that drill's goals have been achieved.

At 1400 a response review will be held by the senior response management staff including The Chief Operating Officer, Manager Safety & Training, Manager Maintenance & Repair, and Dispatch.

Internal office participation as part of the Company/Vessel Response team will include as a minimum:

- COO
- Manager Safety & Training
- Manager Maintenance & Repair
- Dispatch

External participation Includes:

- National Response Corporation - OSRO
- MSRC – OSRO
- Gallagher Marine – Spill Manager
- DonJon – Salvage, Emergency Transfer & Firefighter
- ABS Rapid Response Team

The drill goals will be specifically identified based on the scenario however the following will be part of the drill as a minimum:

- ✓ All PREP requirements – see attached
- ✓ Mobilization of internal response team
- ✓ Notifications I.A.W. VRP
- ✓ Documentation
- ✓ Client Notification