GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
BARBARA G. CARNEVALE*
DOLORES N. O'LEARY*
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*•
DANIEL J. FITZGERALD*†△
JILL A. TAFT
KERRY A. DINNEEN◊

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
△ALSO ADMITTED IN WASHINGTON, D.C.
•ALSO ADMITTED IN LOUISIANA
◊ALSO ADMITTED IN MASSACHUSETTS

LAW OFFICES OF

# Freehill Hogan & Mahar LLP

80 PINE STREET

NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

March 24, 2006

## *VIA FACSIMILE: 617-748-3960*

United States Department of Justice
John Joseph Mokeley United States Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
Attn: Jonathan R. Mitchell, Esq., Assistant U.S. Attorney

RE:    *U.S. v. BOUCHARD TRANSPORTATION CO., INC.*
*04-CR-10087-MBB*

Dear Mr. Mitchell:

You will be receiving today a Federal Express package containing our letter of March 23, 2006 which is Bouchard's response to your letter of February 17, 2006 advising of your concerns which arose from Captain Ireland's audit pursuant to the plea agreement in United States v. Bouchard Transportation Co., Inc., 04-CR-10087-MBB.

Although Bouchard Transportation participated in preparing the response, the final draft of our letter of March 23, 2006 was not reviewed by our client Bouchard Transportation before it was sent and it contains an error which we are now correcting. The sentence on page 2, line 5 now reads:

'John Lindahl will remain with the company in a lesser capacity.'

It should be amended to read:

NYDOCS1/257721.1

Page 2

'John Lindahl will remain with the company as Vice President of ISM and Safety Compliance.'

We would be grateful if you would accept our amendment to the response.

Respectfully,

FREEHILL, HOGAN & MAHAR, LLP

John J. Walsh

JJW:mg

cc:    **_VIA FEDERAL EXPRESS:_**
       Clerk of Court
       United States District Court
       District of Massachusetts
       John Joseph Mokeley United States Courthouse
       One Courthouse Way, Suite 9200
       Boston, MA  02210

FREEHILL HOGAN & MAHAR LLP